MARTIN H. WIENER, ESQ.
NBN 2115
316 South Arlington Avenue
Reno, Nevada 89501
(775) 322-4008
ATTORNEY FOR DEFENDANT GURPREET SINGH LAIL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GURPREET SINGH LAIL,<br><br>        Defendant. | 3:13-CR-00018-RCJ-WGC<br><br>**MOTION FOR RETURN OF<br>DEFENDANT'S PASSPORT** |

      This Motion is timely filed.

      Defendant GURPREET SINGH LAIL, through his undersigned counsel Martin H. Wiener, moves this Court for its Order for Mr. Lail's passport to be returned to him.

      On Monday, September 8, 2014, Mr. Lail was sentenced to probation, with no limitation on his right to possess a passport. Mr. Lail's release conditions had included surrendering his passport to Pre-trial Services. His Pre-trial Services officer states that a court order is required before his passport can be returned.

      Accordingly, Mr. Lail requests an Order that his passport be returned to him.

      DATED: September 9, 2014.

IT IS SO ORDERED this 2nd day of January, 2015.

_____
ROBERT C. JONES

LAW OFFICES OF
MARTIN H. WIENER
316 South Arlington Avenue ■ Reno, Nevada 89501
(775) 322-4008